403 F.2d 105
 UNITED STATES of America, Appellant,
v.
Anthony G. BROCATO, Trustee in Bankruptcy for W. P. Tinsley,
d/b/a Pick & Peck Drive-In Grocery, Bankrupt, Appellee.
SMALL BUSINESS ADMINISTRATION, Appellant,
v.
John V. DENSON, Trustee in Bankruptcy for Raymond curtis
Mann, d/b/a Piggly Wiggly, Auburn, Alabama, Appellee.
 Nos. 25687, 25747.
 United States Court of Appeals Fifth Circuit.
 Oct. 30, 1968.
 
 1
 John C. Eldridge, Robert E. Kopp, Attys., Dept. of Justice, Washington, D.C., Edwin L. Weisl, Jr., Asst. Atty. Gen., William Wayne Justice, Ben Hardeman, U.S. Attys., for appellants.
 
 
 2
 Robert L. Thomas, Beaumont, Tex., for appellee Brocato.
 
 
 3
 John V. Denson, pro se.